IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SACRAMENTO MOUNTAINS WATERSHED
RESTORATION CORPORATION, a non-profit
New Mexico Corporation,

      Plaintiff,

vs.                            No. CIV 03-1110 JC/LCS

UNITED STATES FOREST SERVICE, et al.,

      Defendants,

vs.

CITY OF ALAMAGORDO,

      Intervenors.

## ORDER OF TELEPHONIC SETTING

Please take notice that a Telephonic Status Conference has been set for **Wednesday, July 13, 2005 at 1:30p.m.** before the Honorable Leslie C. Smith, United States Magistrate Judge at the Harold L. Runnels Federal Building and U.S. District Courthouse, 200 E. Griggs Ave., Las Cruces, NM 88001 at **(505) 528-1460**.  Counsel for Defendants shall coordinate and initiate the call.  A long distance carrier is recommended to ensure sound quality.

      **IT IS SO ORDERED**.

_____
LESLIE C. SMITH
UNITED STATES MAGISTRATE JUDGE